**FILED**

MAY 1 4 2026

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | **5:26 CR 0 0 2 3 0** |
| v. | ) | CASE NO._____ |
| | ) | Title 21, United States Code, |
| MONTEL KENNEDY, | ) | Sections 841(a)(1) and (b)(1)(A)(viii) |
| | ) | |
| Defendant. | ) | **JUDGE FLEMING** |

COUNT 1
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury charges:

1.     On or about April 14, 2026, in the Northern District of Ohio, Eastern Division, Defendant MONTEL KENNEDY knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

FORFEITURE

The Grand Jury further charges:

2.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference.  As a result of the foregoing offense, Defendant MONTEL KENNEDY shall forfeit to the United States any and all

property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the violation charged herein; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2